IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JESUS BILLY LAREDO NICHOLS                                                          PLAINTIFF

v.                                              Civil No. 4:17-cv-04037

LIEUTENANT CHRIS WOLCOTT,
Jail Administrator Sevier County Detention
Center; OFFICER DEBUCHEE;
OFFICER SUTTON; and OFFICER
ETHAN SLYDER                                                                        DEFENDANTS

## JUDGMENT

On May 26, 2017, Plaintiff Jesus Billy Laredo Nichols filed this 42 U.S.C. § 1983 action *pro se*. (ECF No. 1). Before the Court is Plaintiff's failure to obey an order of the Court.

For the reasons set forth in the order of even date, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of October, 2017.

>                                       /s/ Susan O. Hickey
>                                       Susan O. Hickey
>                                       United States District Judge